UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SYLVIA JENKINS,

                      Plaintiff,

    vs                                                  5:06-CV-59

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                    OF COUNSEL:

SYLVIA JENKINS
Plaintiff, Pro Se
114 Delaware Street
Syracuse, New York 13202

HON. GLENN T. SUDDABY                    WILLIAM H. PEASE, ESQ.
United States Attorney for the               Assistant U.S. Attorney
Northern District of New York
Attorney for Defendant
100 South Clinton Street
P. O. Box 7198
Syracuse, New York  13261-7198

DAVID N. HURD
United States District Judge

## DECISION and ORDER

       Plaintiff brought this action challenging the denial of Social Security Disability Insurance benefits pursuant to 42 U.S.C. § 405(g).  By Report-Recommendation dated February 26, 2007, the Honorable Randolph F. Treece, United States Magistrate Judge, recommended that defendant's motion to dismiss be granted and the action be dismissed for lack of subject matter jurisdiction.  No objections have been filed.

Based upon a careful review of entire file and the recommendations of Magistrate Judge Treece, the Report-Recommendation is accepted in whole. See 28 U.S.C. 636(b)(1). Accordingly, it is

ORDERED that

1. Defendant's motion to dismiss is GRANTED;

2. The complaint is DISMISSED in its entirety.

The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

United States District Judge

Dated:   March 29, 2007
         Utica, New York.